**Order filed September 25, 2012**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00647-CV**

_____

**DENISE YVETTE POPE, Appellant**

**V.**

**CYNTHIA LEONA SMITH AND DENRICK TYRONNE POPE, Appellees**

---

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-FD-0106**

---

## O R D E R

Appellant's brief was due August 30, 2012**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **October 25, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM